MILLER NASH GRAHAM & DUNN LLP
Phillip Allan Trajan Perez, Bar No. 234030
trajan.perez@millernash.com
340 Golden Shore, Suite 450
Long Beach, California 90802
Telephone: 562.435.8002
Facsimile: 562.435.7967

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| TUG CONSTRUCTION, LLC, | Case No. 2:19-cv-02134-SVW-E |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |
| M/V LELA FRANCO, O.N. 1258229, *in rem*, and HARLEY MARINE FINANCING, LLC, | |
| Defendants. | |

4842-3636-2389.1

MILLER NASH
GRAHAM & DUNN
LLP
ATTORNEYS AT LAW
LONG BEACH

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

# ORDER

Pursuant to the stipulation of the Parties, the Court hereby ORDERS that the above-captioned matter be dismissed with prejudice, pursuant to the terms, conditions, and reservation of rights set forth in the Stipulation for Dismissal with Prejudice filed with this Court by the Parties to this matter.

DATED: April 29, 2019

_____
HONORABLE STEPHEN V. WILSON
U. S. DISTRICT COURT JUDGE

Presented by:

MILLER NASH GRAHAM & DUNN LLP
Phillip Allan Trajan Perez, Bar No. 234030
trajan.perez@millernash.com
340 Golden Shore, Suite 450
Long Beach, California 90802
Telephone: 562.435.8002
Facsimile: 562.435.7967

Attorneys for Plaintiff
TUG CONSTRUCTION, LLC